UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TIMOTHY COLLINS, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>SUPERINTENDENT, )<br>)<br>Respondent. ) | No. 3:13 CV 625 |

### OPINION AND ORDER

Timothy Collins, a *pro se* prisoner, filed two very similar habeas corpus petitions – this one and 3:13-CV-624. Each petition attempts to challenge a prison disciplinary proceeding which was held at the New Castle Correctional Facility on October 5, 2012. In both petitions, Collins challenges the fact that he was found guilty of Conspiring/Attempting /Aiding to Commit a Class A Offense in violation of 111/113. However, because neither petition identified the number of the challenged prison disciplinary proceedings, the court was unable to differentiate the two petitions.

As a result, he was ordered to supplement the petitions in both cases by September 19, 2013. He did so in the other case, but not in this one. Therefore this case is **DISMISSED WITHOUT PREJUDICE** because the court cannot identify what prison disciplinary proceeding Collins is attempting to challenge.

SO ORDERED.

Date: October 16,  2013

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT