**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| **TIMOTHY COLLINS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:13 CV 625** |
| | ) | |
| **SUPERINTENDENT,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## OPINION AND ORDER

Timothy Collins, a *pro se* prisoner, filed two very similar habeas corpus petitions – this one and 3:13-CV-624. Each petition attempts to challenge a prison disciplinary proceeding which was held at the New Castle Correctional Facility on October 5, 2012. In both petitions, Collins challenges the fact that he was found guilty of Conspiring/Attempting / Aiding to Commit a Class A Offense in violation of 111/113. However, because neither petition identified the number of the challenged prison disciplinary proceedings, the court was unable to differentiate the two petitions.

As a result, he was ordered to supplement the petitions in both cases by September 19, 2013. He did so in the other case, but not in this one. Therefore this case is **DISMISSED WITHOUT PREJUDICE** because the court cannot identify what prison disciplinary proceeding Collins is attempting to challenge.

**SO ORDERED.**

Date: October 16, 2013

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT